No. 02–7274. WATSON v. UNITED STATES; and

No. 02–7290. GOLDWIRE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 46 Fed. Appx. 957.